```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-11-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BRADLEY REIFLER,                                 :

                Plaintiff,                  :

      -against-                                  :

GLASER, WEIL, FINK, JACOBS,              :
HOWARD & SHAPIRO, LLP,
                                             :
                Defendant.
-----------------------------------------------------------x

**ORDER**

09 Civ. 8320 (LAK)(FM)

**FRANK MAAS,** United States Magistrate Judge.

        Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

    1.    By May 17, 2010, the plaintiff shall provide to the defendant any supplemental document requests related to Mr. Krum's deposition testimony.

    2.    By May 31, 2010, the defendant shall respond to the plaintiff's supplemental document requests.

    3.    By June 25, 2010, the parties shall serve and file any further papers in support of their cross-motions.

    4.    By July 2, 2010, the parties shall serve and file any further opposition papers.

        SO ORDERED.

Dated:    New York, New York
                May 10, 2010

                                                                FRANK MAAS
                                                              United States Magistrate Judge

Copies to:

Honorable Lewis A. Kaplan
United States District Judge

Barry R. Lax, Esq.
Lax & Neville, LLP
Fax: (212) 566-4531

Edward K. Lenci. Esq.
Hinshaw & Culbertson LLP
Fax: (212) 935-1166